UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-21346-ALTMAN/Goodman

MATTHEW EZOLD,

    *Plaintiff,*

v.

TRACFONE WIRELESS, INC.,

    *Defendants.*

_____/

**TRACFONE'S NOTICE OF CONSTITUTIONAL CHALLENGE TO THE TCPA PURSUANT TO FED. R. CIV. P. 5.1(a)(1) AND S.D. FLA. L.R. 24.1(a)**

Defendant TracFone Wireless, Inc. ("TracFone"), pursuant to Fed. R. Civ. P. 5.1(a)(1) and S.D. Fla. L.R. 24.1(a), provides notice that it has a filed a pleading that is drawing into question the constitutionality of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA").

Specifically, in its Answer and Affirmative Defenses [ECF No. 9] to Plaintiff Matthew Ezold's ("Ezold") Complaint [ECF No. 1], TracFone has stated as its seventh affirmative that the TCPA is unconstitutional, as it violates the First Amendment to the United States Constitution.

At the present time, TracFone has not filed a motion challenging the constitutionality of the TCPA. Rather, TracFone is filing this notice to comply with the applicable rules and to alert the Court and Ezold that it may file a motion challenging the constitutionality of the TCPA based on the outcome of the Supreme Court's upcoming decision in *Barr* v. American Association of Political Consultants, Supreme Court Case No. 19-631. Oral argument in the *Barr* case was conducted on May 6, 2020[1] and the decision is expected before the end of the month.[2]

---

[1] A transcript of the *Barr* oral argument is available at https://tinyurl.com/y7q2xqs7 and audio recording is available at https://tinyurl.com/y84unozl.

[2] Several district courts have stayed TCPA cases pending the outcome of the *Barr* case. *See Seefeldt v. Entm't Consulting Int'l, LLC*, 2020 WL 905844, at *3 (E.D. Mo. Feb. 25, 2020) (emphasizing that Barr may cause a "total collapse of the TCPA") (Limbaugh, J.); *Wright v. eXp Realty, LLC*, 2020 WL 1149906, at *1 (M.D. Fla. Feb. 7, 2020) (Byron, J.);

| | |
|---|---|
| Dated: June 1, 2020 | <u>s/ Aaron S. Weiss</u><br>Aaron S. Weiss (FBN 48813)<br>Email: aweiss@carltonfields.com<br>Charles Throckmorton (FBN 101203)<br>Email: cthrockmorton@carltonfields.com<br>Carlton Fields, P.A.<br>100 SE Second St., Suite 4200<br>Miami, Florida  33131<br>Telephone:  305.530.0050<br><br>*Attorneys for Defendant TracFone* |

---

*Boger v. Citrix Sys., Inc.*, 2020 WL 1939702, at *2 (D. Md. Apr. 22, 2020) (Xinis, J.); *Lacy v. Comcast Cable Communications, LLC*, 2020 WL 2041755, at *2 (W.D. Wash. Apr. 28, 2020) (Leighton, J.). TracFone believes that the reasoning of these decisions are sound and associates itself with the positions advocated by the respective defendants in those cases. That said, given that TracFone response to Ezold's Complaint is not due until today, as TracFone waived service, the Supreme Court's decision in *Barr* will likely be issued before this Court would rule on a motion to stay. Specifically, if TracFone filed a motion to stay today and assuming the parties took the full time available to file opposition and reply briefs, a motion to stay would not be fully briefed under S.D. Fla. L.R. 7.1(c) until June 22, 2020. The *Barr* decision is expected to be issued by June 26, 2020—the last regular day of the current term of the Supreme Court—at the latest. In light of this timeline, a motion to stay appears to be of limited practical utility.

2

122543414.1

**CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served on all counsel of record on the attached service list via the manner specified on June 1, 2020.

*s/ Aaron S. Weiss*
Aaron S. Weiss

**Service List**

Andrew J. Shamis
Email: ashamis@shamisgentile.com
Shamis & Gentile, P.A.
14 N.E. 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305.479.2299

Katrina Carroll
Email: kcarroll@carlsonlynch.com
Carlson Lynch LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: 312.750.1265

Daniel R. Karon
Email: dkaron@karonllc.com
Karon LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, Ohio 44113
Telephone: 216.622.1851

Adam T. Savett
Email: adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: 610.621.4550

*Attorneys for Plaintiff Matthew Ezold*

Via Email