UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-21346-ALTMAN/Goodman

MATTHEW EZOLD,

    *Plaintiff*,

v.

TRACFONE WIRELESS, INC.,

    *Defendants*.

_____/

## STATUS REPORT

    Pursuant to the Court's order staying this case and requiring monthly status reports regarding the ongoing status of settlement negotiations [ECF No. 47], Plaintiff Matthew Ezold and Defendant TracFone Wireless, Inc. jointly advise the Court that they continue to communicate with regard to settlement and are preparing for their upcoming second day of mediation scheduled for October 17, 2020.

Dated: October 12, 2020

| | |
|---|---|
| s/ *Andrew J. Shamis* | s/ *Aaron S. Weiss* |
| Andrew J. Shamis (FBN 101754) | Aaron S. Weiss (FBN 48813) |
| Email: ashamis@shamisgentile.com | Email: aweiss@carltonfields.com |
| Shamis & Gentile, P.A. | Charles Throckmorton (FBN 101203) |
| 14 NE 1st Avenue, Suite 705 | Email: cthrockmorton@carltonfields.com |
| Miami, Florida 33132 | Carlton Fields, P.A. |
| Telephone: 305.479.2299 | 100 S.E. Second St., Suite 4200 |
| | Miami, Florida 33131 |
| Katrina Carroll | Telephone: 305.530.0050 |
| Email: kcarroll@carlsonlynch.com | |
| Carlson Lynch LLP | *Attorneys for Defendant TracFone* |
| 111 W. Washington Street, Suite 1240 | |
| Chicago, Illinois 60602 | |
| Telephone: 312.750.1265 | |
| | |
| Daniel R. Karon | |
| Email: dkaron@karonllc.com | |
| Karon LLC | |
| 700 W. St. Clair Ave., Ste. 200 | |
| Cleveland, Ohio 44113 | |
| Telephone: 216.622.1851 | |

Adam T. Savett
Email: adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: 610.621.4550

*Attorneys for Plaintiff Ezold*