UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-21346-ALTMAN/Goodman

MATTHEW EZOLD,

    *Plaintiff,*

v.

TRACFONE WIRELESS, INC.,

    *Defendants.*

_____/

## JOINT MEDIATION REPORT AND NOTICE OF SETTLEMENT

    Pursuant to the Court's order [ECF No. 47] and S.D. Fla. L.R. 16.4, following their second day of mediation on October 17, 2020, Plaintiff Matthew Ezold and Defendant TracFone Wireless, Inc. jointly advise the Court that they have reached an agreement to resolve this matter and are in the process of finalizing settlement documents. It is anticipated that a voluntary dismissal will be submitted within the next 30 days.

Dated: October 19, 2020

s/ *Andrew J. Shamis*
Andrew J. Shamis (FBN 101754)
Email: ashamis@shamisgentile.com
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305.479.2299

Katrina Carroll
Email: kcarroll@carlsonlynch.com
Carlson Lynch LLP
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: 312.750.1265

Daniel R. Karon
Email: dkaron@karonllc.com
Karon LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, Ohio 44113
Telephone: 216.622.1851

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Charles Throckmorton (FBN 101203)
Email: cthrockmorton@carltonfields.com
Carlton Fields, P.A.
100 S.E. Second St., Suite 4200
Miami, Florida 33131
Telephone: 305.530.0050

*Attorneys for Defendant TracFone*

Adam T. Savett
Email: adam@savettlaw.com
Savett Law Offices LLC
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: 610.621.4550

*Attorneys for Plaintiff Ezold*