## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-21346-CIV-ALTMAN/Goodman

**MATTHEW EZOLD**,

    *Plaintiff*,

v.

**TRACFONE WIRELESS, INC.**,

    *Defendant*.

_____/

### ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 52]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ~~20th day of~~ November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record